717 A.2d 1021

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**David BRUDER, a/k/a David Edward Bruder, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 9, 1998.

PER CURIAM:

AND NOW, this 9th day of September, 1998 we **GRANT** the Petition for Allowance of Appeal limited to the following issue:

DID THE SUPERIOR COURT ERR IN AFFIRMING THE DENIAL OF POST CONVICTION RELIEF WITHOUT A HEARING, WHERE PLEA COUNSEL DID NOT FILE A DIRECT APPEAL ON PETITIONER'S BEHALF DESPITE PETITIONER'S ALLEGED REQUEST TO DO SO, THUS IMPLICATING PETITIONER'S CONSTITUTIONAL RIGHT TO A DIRECT APPEAL?